**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-25864-LEIBOWITZ**

**WENDY MARIA CEPEDA VIVAS,**

*Plaintiff,*

*v.*

**U.S. DEPARTMENT OF**
**HOMELAND SECURITY, *et al.*,**

*Defendants.*
_______________________________________/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal. [ECF No. 14]. Being fully advised, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED** ***without prejudice.*** The ***Clerk of Court*** is *directed* to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on November 18, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record